

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-13-00254-CR

| | | |
|---|---|---|
| Clinton Ray Sanders | § | From the 355th District Court |
| | § | of Hood County (CR12349) |
| | § | January 30, 2014 |
| v. | § | Opinion by Chief Justice Livingston |
| | § | Dissent by Justice Gardner |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By _ /s/ Terrie Livingston_____
     Chief Justice Terrie Livingston